IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

OLAN GIRARD TURNER, JR,                           *

        Petitioner,                               *

v.                                                                  Case No.  7:25-cv-118 (WLS-ALS)

                                               *

CAPTAIN JEROME BURGESS,

        Respondent.                              *

_____   *

## J U D G M E N T

       Pursuant to this Court's Order dated 5/26/2026, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

       This 26th day of May, 2026.

                          David W. Bunt, Clerk


                          s/ Katie Logsdon, Deputy Clerk