**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

OLAN GIRARD TURNER, JR.,          :
                                  :
    Plaintiff,                    :
                                  :
    v.                            :          CASE NO.: 7:25-CV-00118 (WLS-ALS)
                                  :
JEROME BURGESS, *et al.*,          :
                                  :
    Defendants.                   :
                                  :

## **ORDER**

The Court previously accepted, adopted, and made the Order of this Court United States Magistrate Judge Alfreda L. Sheppard's Recommendation. (Docs. 33 & 34). In so doing, the Court adopted Judge Sheppard's Recommendation that Petitioner be denied a certificate of appealability. (Doc. 33 at 4–5). However, in the Habeas Corpus and Section 2255 Docketing Notice from the United States Court of Appeals for the Eleventh Circuit, the Eleventh Circuit stated,

> Pursuant to Rule 11(a) of the Rules Governing Section 2254 and 2255 Cases, the district court must issue or deny a COA when it enters a final order adverse to the applicant. The order on appeal did not contain such language. Upon receipt of the district court's order issuing or denying a COA, the applicant will be advised regarding additional requirements.

(Doc. 43 at 2). Accordingly, the Court will consider whether to grant Petitioner a COA.

> When the district court denies a habeas petition on procedural grounds without reaching the prisoner's underlying constitutional claim, a COA should issue . . . if the prisoner shows, at least, that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right, and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling.

*Slack v. McDaniel*, 529 U.S. 473, 478 (2000). Here, the Court dismissed Petitioner's Petition because he failed to exhaust his state remedies. (Doc. 33 at 2–4; Doc. 34). The Court finds that no reasonable jurist would find the Court's procedural ruling debatable. The Court

1

therefore **DENIES** Petitioner a certificate of appealability. The Clerk is directed to forward this Order to update and complete the record on appeal.

      **SO ORDERED**, this 13th day of July 2026.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATESDISTRICT COURT**